**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03422-PAB-NYW

BROADMOOR HOTEL, INC.,

Plaintiff,

v.

J. CREW GROUP, INC. and
J. CREW INTERNATIONAL, INC.,,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Nina Y. Wang

This civil action comes before the court on the parties' Notice of Settlement in Principle and Joint Motion to Stay Proceedings Pending Final Settlement [#30], filed March 31, 2015 ("Joint Motion"). Pursuant to the Order Referring Case dated December 22, 2014 [#7] and the memorandum dated March 31, 2015 [#31], the Joint Motion was referred to this Magistrate Judge.

IT IS ORDERED that the Joint Motion is GRANTED. Accordingly, IT IS FURTHER ORDERED that all deadlines in the instant case are STAYED for twenty-eight days, up to and including April 28, 2015.

DATED: April 2, 2015