**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03422-PAB-NYW

BROADMOOR HOTEL, INC.,

Plaintiff,

v.

J. CREW GROUP, INC. and
J. CREW INTERNATIONAL, INC.,,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Nina Y. Wang

      This civil action comes before the court on the Parties' Joint Motion to Extend Stay Proceedings Pending Final Settlement [#33], filed April 28, 2015 (the "Motion"). Pursuant to the Order Referring Case dated December 22, 2014 [#7] and the Memorandum dated April 28, 2015 [#34], the Motion was referred to this Magistrate Judge.

      IT IS ORDERED that the Parties' Motion GRANTED. Accordingly, IT IS FURTHER ORDERED that all deadlines in the instant case are STAYED for an additional fourteen (14) days, up to and including **May 12, 2015**.

DATED: April 28, 2015