**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03422-PAB-NYW

BROADMOOR HOTEL, INC.,

Plaintiff,

v.

J. CREW GROUP, INC. and
J. CREW INTERNATIONAL, INC.,

Defendants.

---

**MINUTE ORDER**

---

Entered by Magistrate Judge Nina Y. Wang

      This civil action comes before the court on the Parties' Second Joint Motion to Extend Stay Proceedings Pending Final Settlement [#36], filed May 12, 2015 (the "Motion"). Pursuant to the Order Referring Case dated December 22, 2014 [#7] and the Memorandum dated May 13, 2015 [#37], the Motion was referred to this Magistrate Judge.

      IT IS ORDERED that the Parties' Motion GRANTED. Accordingly, IT IS FURTHER ORDERED that all deadlines in the instant case are STAYED for an additional fourteen (10) days, up to and including **May 22, 2015**.

DATED: May 13, 2015